IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-02596-SHL-tmp |
| SHANTAI CLARK HARRIS; TOMAQUA HARRIS; UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF VETERANS AFFAIRS; and UNITED STATES OF AMERICA, ON BEHALF OF THE DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, | ) |
| Defendants. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff PennyMac Loan Services, LLC's ("PennyMac") Original Complaint (ECF No. 1), filed June 12, 2025,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Dismissal[1] (ECF No. 14), filed November 11, 2025, Plaintiff's claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 12, 2025
Date

---

[1] The heading on the filing reads "Lakeview Loan Servicing, LLC's Notice of Dismissal." Because Lakeview Loan Servicing is not a party to this action, and the rest of the dismissal notice and the other filings in this matter refer to PennyMac, the Court assumes the reference to Lakeview Loan Servicing, LLC, is a typo.